# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0722

_____

RICHARD L. REEDER,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

December 4, 2023

PER CURIAM.

DISMISSED.

B.L. THOMAS, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard L. Reeder, pro se, Petitioner.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.